# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel 650.849.5300
www.gibsondunn.com

Jonathan C. Dickey
Direct: +1 650.849.5370
Fax: +1 650.849.5070
JDickey@gibsondunn.com

Client: 62344-00020

August 25, 2014

VIA ELECTRONIC FILING

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:     Espinoza v. Dimon, 14-1754

Dear Ms. Wolfe:

We write to inform the Court that William H. Gray III is deceased and was terminated from the Southern District action from which this appeal originates on August 15, 2013. We therefore request that Mr. Gray be removed as a defendant from the docket and caption in this appeal.

Respectfully submitted,

 s/ Jonathan C. Dickey

Jonathan C. Dickey

JCD/lem

101790410.1

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.